# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  6:14-CR-00154-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DORIN MUNTEANU RACU (01) | MAGISTRATE JUDGE DAVID J. AYO |

## ORDER

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation.  After an independent review of the record and noting the absence of any objections filed in response to the Report and Recommendation, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, DORIN MUNTEANU RACU (01), is **ACCEPTED** and he is fully adjudged guilty of the offense charged in Count 8 of the Indictment, consistent with the Report and Recommendation.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 11th day of July, 2024.

**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**